IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
_____

No. 00-31420
_____

FLEXI-VAN LEASING, INC.,

                    Plaintiff - Appellee-Cross Appellant,

          versus

AVONDALE CONTAINER YARD, INC.;
WESTBANK CONTAINER SERVICES, INC.,

                    Defendants - Appellants-Cross Appellees.

_____

Appeals from the United States District Court
for the Eastern District of Louisiana
No. 99-CV-1988-L

December 13, 2001
Before JOLLY, SMITH, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     We have studied the briefs and heard the argument of the parties. After thorough consideration of the issues and the arguments, it is clear to us that the conclusions of the district court are not, in the end, reversible. Accordingly its judgment and all of the rulings encompassed therein are

                                                  AFFIRMED.

_____

     [*]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.